RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7/22/11
    JDB

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JODY RAY SOUDER (#436255) | DOCKET NO. 11-cv-0024; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| JAMES LEBLANC, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's claims be **DISMISSED** against only **DEFENDANTS JAMES LEBLANC** and **LYNN COOPER** for failure to state a claim against those defendants as to which relief could be granted.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 21st day of July, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE