RECEIVED
JAN - 8 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JODY RAY SOUDER,<br>    Plaintiff | CIVIL ACTION 11-00024<br>SECTION "P" |
| VERSUS | JUDGE JAMES T. TRIMBLE, Jr. |
| JAMES LEBLANC, et al.,<br>    Defendants | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Souder's action is DISMISSED WITH PREJUDICE as time-barred and defendants' motions for summary judgment (Docs. 29, 30, 31, 33) are DENIED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 8th day of January, 2013.

JAMES T. TRIMBLE, JR
UNITED STATES DISTRICT COURT